UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81069-MARRA/MATTHEWMAN

JAMES DONAHUE,

        Plaintiff,

v.

HMVP, INC. and GEORGE CESAR,

        Defendants.
_____/

## AFFIDAVIT OF ATTORNEY'S FEES

I, Lee D. Sarkin, state and affirm the following:

1. My name is Lee D. Sarkin.

2. The facts stated in this affidavit are within my personal knowledge and are true and correct. I have fully reviewed the time records and supporting data in preparing this affidavit.

3. I am co-counsel for the Plaintiff James Donahue.

4. I am and have been licensed to practice law in Florida since 1992 and in Illinois since 2000. I am authorized to practice in the United States District Court For The Southern District of Florida, in the United States Court of Appeals for the Eleventh Circuit and in the United States District Court For The Northern District of Illinois. I have been a member of the trial bar of the United States District Court For The Northern District of Illinois since 2003. I have been counsel for either a plaintiff or a defendant in the United States District Court For The Southern District of Florida in approximately 210 cases arising under Title III of the Americans With Disabilities Act.



EXHIBIT A

5. A total of 26.1 hours meeting with the client, visiting the subject property, reviewing Defendant's expert report on the ADA violations at the property, researching the facts and law, preparing the Complaint, obtaining a default and default final judgment against the defendant, preparing the instant motion and motion for costs and attempting to resolve the case with opposing counsel early on without court intervention.

6. The hourly fee regularly charged by this office for my time is $400.00 or greater in litigation matters.[1]

7. The fees I charge are those customarily charged in this area for the same or similar services by an attorney with my experience, reputation and ability considering the nature of the controversy.

FURTHER AFFIANT SAYETH NOT.

_____
LEE D. SARKIN

STATE OF FLORIDA      )
                      )
COUNTY OF PALM BEACH  )

The foregoing instrument was acknowledged before me this 5th day of Jan, 2015, by Lee D. Sarkin, who is personally known to me or who produced _____ as identification and who did take an oath.


DREW LEVITT
MY COMMISSION # EE 222761
EXPIRES: October 1, 2016
Bonded Thru Budget Notary Services

_____
Printed name: _____

Notary Public, State of Florida

---

[1] The undersigned, on March 26, 2013, in *Reed v. NE 2nd Avenue, LLC*, Case No. 12-CV-62262-Marra/Matthewman (S.D. Fla. March 26, 2013, DE 24), was awarded $400.00 per hour in attorneys' fees in representing a plaintiff in ADA litigation.