UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81069-MARRA/MATTHEWMAN

JAMES DONAHUE,

Plaintiff,

v.

HMVP, INC. and GEORGE CESAR,

Defendants.

_____/

## STATEMENT FOR LEGAL SERVICES

| | | |
|---|---|---|
| 07/31/14 | Initial tel. call from client complaining of barriers at facility | .4 |
| 08/13/14 | Visit facility | 1.0 |
| 08/13/14 | Confer with expert | .4 |
| 08/14/14 | Meeting with client | 1.2 |
| 08/15/14 | Research proper parties, review Warranty Deed and applicable standards and draft Complaint | 2.5 |
| 08/15/14 | Draft Summons | .1 |
| 08/15/14 | File Complaint | .1 |
| 08/15/14 | Review assignment of case and issued Summonses | .1 |
| 08/15/14 | Arrange service of process | .4 |
| 08/18/14 | Draft Notice of Attorney Appearance (DML) | .1 |
| 08/20/14 | Review Order Requiring Counsel To Confer, File JSR and JDR and calendar | .3 |
| 09/04/14 | Review e-mail from process server re status of service on HMVP | .2 |
| 09/04/14 | Conf. client | .2 |
| 09/10/14 | Review HMVP motion to extend time | .1 |
| 09/12/14 | Review Endorsed Order granting motion to extend time | .1 |
| 09/23/14 | Exchange e-mails with Florida and New Jersey process servers re George Cesar | .4 |
| 10/02/14 | Review e-mail from A. Strecker | .1 |
| 10/03/14 | E-mail A. Strecker | .1 |
| 10/03/14 | Conf. A. Strecker | .2 |
| 10/06/14 | Review e-mail from process server re George Cesar | .1 |
| 10/08/14 | Review e-mail from A. Strecker, review Maria Garcia Report, discuss with expert and with client | 3.5 |
| 10/08/14 | Confer with expert, research standards referenced, begin drafting settlement agreement | 3.0 |
| 10/09/14 | E-mail A. Strecker with settlement agreement | 1.5 |
| 10/14/14 | E-mail A. Strecker | .2 |
| 10/15/14 | E-mail A. Strecker | .2 |



EXHIBIT B

| | | |
|---|---|---|
| 10/16/14 | Exchange e-mails with A. Strecker re settlement | .5 |
| 10/17/14 | Exchange e-mails with A. Strecker re settlement | .3 |
| 10/20/14 | E-mail A. Strecker re defaults and settlement | .3 |
| 10/21/14 | Draft Motion For Default Against HMVP, Inc. | .4 |
| 10/22/14 | Conf. A. Strecker | .2 |
| 10/29/14 | E-mail A. Strecker re defaults and settlement | .4 |
| 10/31/14 | Research better addresses for George Cesar, exchange e-mails with process server re new address for George Cesar | .9 |
| 11/06/14 | Review Final Judgment and Permanent Injunction and Order granting Default Judgment | .2 |
| 11/12/14 | Conf. process server re status of service on George Cesar, e-mail process server | .2 |
| 11/13/14 | Exchange e-mails with A. Strecker re settlement | .4 |
| 11/17/14 | Draft Motions For Fees and Costs | 1.0 |
| 11/18/14/ | Tel. call to A. Strecker's office, draft e-mail | .3 |
| 11/19/14 | Tel. call w/A. Strecker | .2 |
| 11/21/14 | Draft e-mail to A. Strecker, tel. call A. Strecker | .4 |
| 11/24/14 | Draft e-mail to A. Strecker | .2 |
| 11/25/14 | Draft e-mail to A. Strecker | .2 |
| 11/26/14 | Exchange several e-mails with A. Strecker | .6 |
| 12/01/14 | Exchange e-mails with A. Strecker, draft settlement agreement | 1.3 |
| 12/04/14 | Review A. Strecker voicemail, tel. vm to A. Strecker | .2 |
| 12/08/14 | Revise Motions For Fees and Costs | .3 |
| 12/08/14 | Review A. Strecker's Notice of Appearance | .1 |
| 12/08/14 | E-mails to A. Strecker | .2 |
| 12/11/14 | Review e-mail from A. Strecker | .1 |
| 12/17/14 | E-mail A. Strecker | .1 |
| 12/19/14 | Exchange e-mails with A. Strecker | .3 |
| 01/05/15 | Update billing and prepare final version of Motion For Fees | .3 |

Total Hours:                                                              26.1

Total Fees Through January 5, 2015:                  $10,440.00